UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00582

**James Anthony Hunter,**
*Plaintiff,*

v.

**Unknown Velasquez et al.,**
*Defendants.*

# ORDER

Plaintiff James Anthony Hunter, a prisoner confined within the Texas Department of Criminal Justice proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit. The case was referred to a magistrate judge, who issued a report and recommendation (Doc. 70) that the court grant defendants' motion for summary judgment (Doc. 52) and dismiss plaintiff's lawsuit with prejudice.

In addition to concluding that no constitutional violation occurred, the magistrate judge determined that defendants are entitled to qualified immunity because plaintiff failed to demonstrate that a reasonable officer in their position—faced with an inmate cutting himself with a razor blade, refusing to comply with orders, and spitting on staff—would have understood that the use of force at issue here was in violation of clearly established law. Doc. 70 at 35–37. A copy of this report was mailed to plaintiff at his last known address. Plaintiff has not filed objections, and the timeframe for doing so has passed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendants' motion for summary judgment (Doc. 52) is granted, and plaintiff's lawsuit is

dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on July 3, 2025.*

J. CAMPBELL BARKER
United States District Judge